Filed 6/13/13  In re D.J. CA2/5

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| In re D.J., a Person Coming Under the Juvenile Court Law. | B242917<br><br>(Los Angeles County<br>Super. Ct. No. CK92457) |
| LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>MICHELE B.,<br><br>    Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Rudolph A. Diaz, Judge.  Affirmed with directions.

Karen B. Stalter, under appointment by the Court of Appeal, for Defendant and Appellant.

John F. Krattli, County Counsel, James M. Owens, Assistant County Counsel and Tracey Dodds, Deputy County Counsel for Plaintiff and Respondent.

M.B., the mother of D.J., appeals from a Welfare and Institutions Code sections 300 and 361 dependency orders. The mother contends there was noncompliance with the Indian Child Welfare Act and related California provisions. The Department of Children and Family Services agrees. We agree likewise. (*In re Marinna J.* (2001) 90 Cal.App.4th 731, 736-740; *In re Desiree F.* (2000) 83 Cal.App.4th 460, 471-472.) Upon remittitur issuance, the juvenile court is to comply with the with the federal Indian Child Welfare Act requirements and related state provisions. We need not reverse the dispositional order. (*In re Veronica G.* (2007) 157 Cal.App.4th 179, 187; *In re Brooke C.* (2005) 127 Cal.App.4th 377, 385.). We leave the issue of what to do if a tribe asserts jurisdiction over the child in the good hands of the juvenile court.

The orders under review are affirmed and the cause is remanded for compliance with the federal Indian Child Welfare Act requirements

NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

TURNER, P. J.

We concur:

KRIEGLER, J.

O'NEILL, J.[*]

---

[*] Judge of the Ventura County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.